# Court of Appeals
# of the State of Georgia

ATLANTA,___May 08, 2013_____

*The Court of Appeals hereby passes the following order:*

## A13D0324.  ALBERT BETHELMIE v. HERITAGE PLACE, LLC.

Heritage Place, LLC sued Albert Bethelmie to recover damages owed on a commercial lease agreement, and Bethelmie failed to file a timely answer or move to open the default judgment against him.  On March 14, 2013, the trial court entered a final judgment, awarding total damages of $24,939.50, plus post-judgment interest to Heritage Place.  Bethelmie filed this application for discretionary appeal from the trial court's final judgment.

This is an appeal from a final judgment.  See *Lanier v. Foster*, 133 Ga. App. 149, 153 (3) (210 SE2d 326) (1974).  It is not an appeal from the denial of the motion to set aside, as contemplated by OCGA § 5-6-35 (a) (8), nor does it fall within any other provision of OCGA § 5-6-35 (a).  The order in this case is thus directly appealable and is not subject to the discretionary appeal requirements. This Court will grant an otherwise timely discretionary application pursuant to OCGA § 5-6-35 (j), if the order is subject to direct appeal.  Therefore, this application is GRANTED as required under OCGA § 5-6-35 (j).

Bethelmie shall have ten days from the date of this order to file a notice of appeal with the state court.  The state court is instructed to include a copy of this order in the record transmitted to this Court.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 05/08/2013
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*